UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

OSSIE HAITH,

                                              Plaintiff,                    07 Civ. 3360 (GBD)

                        -against-

THE CITY OF NEW YORK, et al.,

                                              Defendants.

-------------------------------------------------------------------X

# PROOF OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on April 30, 2007, at 1:00 p.m., at the office of the Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, NY 10007, I served a **Summons and Complaint** upon the City of New York, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with Madelyn Santana personally.  Declarant knew said individual to be authorized to accept service on behalf of defendant City of New York.


Dated:        New York, New York
              April 30, 2007


                              By:    _____/s_____
                                     Rose M. Weber  (RW 0515)