USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 6 2007

**SO ORDERED**

Conference is rescheduled to
August 23, 2007 at 9:30am.

*George B. Daniels*

**HON. GEORGE B. DANIELS**

ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1608
NEW YORK, NEW YORK 10007

FAX: (212) 791-4149

TELEPHONE: (212) 748-3355   JUL 2 6 2007

July 24, 2007

**BY FAX**
Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, NY 10007

    Re: *Ossie Haith v. City of New York, et al.*, 07 Civ. 3360 (GBD)

Your Honor:

    The initial conference in the above-referenced matter is currently set for July 26, 2007. Plaintiff respectfully requests, with defendants' consent, that the conference be adjourned for approximately thirty days. The parties have been discussing the case and feel hopeful that the additional time will permit them to dispose of this matter without the need for any judicial involvement. I also have two court-ordered depositions on July 26th, and while I will certainly start them later in the day if the Court does not adjourn the conference, it would be less hectic for me if the conference were adjourned.

    Thank you for your consideration in this matter.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc:    Jordan Smith, Esq. (by fax)