```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2007
```

ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1608
NEW YORK, NEW YORK 10007

FAX: (212) 791-4149

TELEPHONE: (212) 748-3355

August 17, 2007

**SO ORDERED**

*[signature]*

HON. GEORGE B. DANIELS
AUG 2 0 2007

**BY FAX**
Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *Ossie Haith v. City of New York, et al.*, 07 Civ. 3360 (GBD)

Your Honor:

      The parties are pleased to advise the Court that we have arrived at a settlement of the above-referenced matter and will be submitting a stipulation of discontinuance shortly. Accordingly, the parties respectfully request that the initial conference, which is currently set for August 23, 2007, be adjourned *sine die*.

      Thank you for your consideration in this matter.

Respectfully,

*[signature]*

Rose M. Weber (RW 0515)

cc:    Jordan Smith, Esq. (by fax)